UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>TREY CASSIDY,<br><br>              Defendant. | PO-15-5079-GF-JTJ<br>Ticket Number: 4595327 and 4595152<br>Location Code: M13<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Trey Cassidy, was present in court and entered a plea of guilty to the charges of RECKLESS DRIVING and RESISTING GOVERNMENT EMPLOYEE.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant must pay a fine in the amount of $475.00 plus a $25.00 Special Assessment for RECKLESS DRIVING and $475.00 plus a $25.00 Special Assessment for RESISTING GOVERNMENT EMPLOYEE for a total of $1,000.00. Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363. Defendant may also pay online at www.cvb.uscourts.gov . Defendant shall pay the fine in monthly payments of $100.00, with the first payment due on or before November 30, 2016.

2. The Court sentences Defendant to 3 days in jail with credit for time served.

The Court advises Defendant that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), he has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston.  If Defendant appeals, he is required to pay a $37 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing his appeal.  He will also be required to furnish the district court with a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: November 7, 2016.

December 6, 2016

John Johnston
United States Magistrate Judge